**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHRISTINA ELLEN KLEBART,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner,<br>Social Security Administration,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 25-728-JLH-LDH |

**<u>ORDER</u>**

At Wilmington, this 14th day of September, 2026;

WHEREAS, Magistrate Judge Hatcher issued a Report and Recommendation on August 24, 2026 (D.I. 19), recommending that the Court grant Plaintiff's motion for summary judgment (D.I. 13) and deny Defendant's cross motion for summary judgment (D.I. 16);

WHEREAS, no party filed objections to the R&R pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 19) is ADOPTED.
2. Defendant's Cross Motion for Summary Judgment (D.I. 16) is DENIED.
3. Plaintiff's Motion for Summary Judgment (D.I. 13) is GRANTED.
4. The Court will enter judgment in favor of Plaintiff and against Defendant.

5. This case is REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the findings contained in the Report and Recommendation.

________________________________
The Honorable Jennifer L. Hall
United States District Judge